FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

JAN 2 3 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Jarvis Tims

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Nurse/Dr. Ted Coyer
Officer Sgt. Kimberley Price
Officer Jacob Byrd

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:26-cv-65-SCR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Jarvis Tims
- Address: c/o 425 Martin Luther King Jr. Way, Gastonia, NC 28052
- County: Gaston County
- Telephone Number: 980-090-1642
- E-Mail Address: JarvisTims875@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Jacob Byrd
- Job or Title: Officer
- Address: c/o 425 Martin Luther King Jr. Way, Gastonia, NC 28052
- County: Gaston County Jail
- Telephone Number:
- E-Mail Address:
- [✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name: Kimberly Price
- Job or Title: Officer Sgt.
- Address: c/o 425 Martin Luther King Jr. Way, Gastonia, NC 28052
- County: Gaston County Jail
- Telephone Number:
- E-Mail Address:
- [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
  Name: Medical Dept. Ted Coyer
  Job or Title (if known): Nurse / Dr.
  Address: c/o 425 Martin Luther King Jr. Way
  City: Gastonia  State: NC  Zip Code: 28052
  County: Gaston County Jail
  Telephone Number:
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  City:  State:  Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   8th Amendment, 14th Amendment, To the US Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Officer Byrd did physically assault the Plaintiff by deliberately slamming his hand in the steel door, never apologized, or tried to help the Plaintiff, after causing Harm, Failing his Professional duty to protected the safety of a Detainee at a Jail Facility.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the Gaston County Jail, Holding cell.

B. What date and approximate time did the events giving rise to your claim(s) occur?

date of 05/29/25, @ 2:30 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All Facility Cameras, not sure how many officers will step up as witnesses to Officer Byrd's Actions against Plaintiff.

Plaintiff's hand was slammed in the door by Officer Byrd.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. (See Attachment:)

On the date of 05/29/2025, at 2:30 Am, Plaintiff was brought into the County Jail, Officer Byrd Jacob, put Plaintiff in a holding Cell, Officer Jacob Byrd, Stated He could make a call, The Plaintiff Attempted to Leave out of the Holding cell, Officer Jacob Byrd, Grabbed the Plaintiff in the chest, and Pushed The Plaintiff in the back, at the point of the Push, The Plaintiff grabbed the wall on the side of the door, Officer Jacob Byrd then slammed the door deliberately on the Hand of Plaintiff, and left without any Assistance, The Plaintiff called For Help, Sgt- Price came, seen his Hand and escorted the Plaintiff to Medical

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff is Requesting Punitive damages, and actual Money damages of $175,000 For pain, cruel and unusual punishment, Neglect, gross Negligence, and egregious wrongs carried out against Plaintiff by the defendants, and Medical Staff. Here at the Gaston County Jail; The Plaintiff has been Suffering unthinkable pain and suffering, presently, he has not received any X Rays, or positive relief, By any Staff members, now more than 3 months Suffering. The Plaintiff was given the wrong medication (3) consecutive times, after the incident, 05/29/2025, Causing a allergic reaction that was life threatening (See Attachment)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/14/2025

Signature of Plaintiff: *Jarvis K Tims*
Printed Name of Plaintiff: JARVIS K Tims

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____